1  Marc Van Der Hout (California Bar #80788)
   Zachary Nightingale (California Bar #184501)
2  Van Der Hout, Brigagliano & Nightingale, LLP
   180 Sutter Street, Fifth Floor
3  San Francisco, California 94104
   Telephone:  (415) 981-3000
4  Facsimile:  (415) 981-3003
   Email: ndca@vblaw.com

5  Attorneys for Petitioner
   Xiao Fei ZHENG
6  a.k.a. Eddy Zheng

7

8              UNITED STATES DISTRICT COURT FOR THE

9                 NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

| 12 | Xiao Fei ZHENG | Case No. CV 05-03657 SC |
|---|---|---|
| 13 | a.k.a. Eddy Zheng | **STIPULATED BRIEFING** |
| 14 | Petitioner, | **SCHEDULE, HEARING DATE, AND [PROPOSED] ORDER** |
| 15 | v. | *IMMIGRATION CASE* |
| 16 | Michael CHERTOFF, in his Official Capacity, Secretary, Department of Homeland Security, Alberto | |
| 17 | GONZALES, in his Official Capacity, Attorney General, Department of Justice, Nancy ALCANTAR, | DHS No. A 38-049-471 |
| 18 | in her Official Capacity, Field Office Director, San Francisco, California, U.S. Bureau of Immigration and | |
| 19 | Customs Enforcement, and Mark CHANDLESS, Correctional Captain, Yuba County | |
| 20 | | |
| 21 | Respondents. | |

22

23

24

25

26

27

28

STIP BRIEFING SCHEDULE & [PROP] ORDER                              No. 05- 03657 SC

Petitioner filed a petition for writ of habeas corpus and complaint for declaratory and injunctive relief on September 12, 2005 challenging the legality of his detention by the Department of Homeland Security ("DHS"), pursuant to 8 U.S.C. § 1226(c), pending the outcome of his removal proceedings. Petitioner currently remains in DHS custody.

The parties have agreed to expedite briefing in this matter. The parties have agreed, subject to court approval, upon a hearing date of November 18, 2005.

The parties have agreed to the following briefing schedule, subject to court approval:

| | |
|---|---|
| Petitioner's Points and Authorities in Support of Petition due: | October 10, 2005 |
| Respondent's Return to Habeas Petition due: | October 24, 2005 |
| Petitioner's Response to Respondent's Return: | October 31, 2005 |
| Hearing on Petition: | November 18, 2005 |

Dated: September 23, 2005                Respectfully submitted,

_____/s/_____
ILA DEISS
Assistant United States Attorney
Attorney for Respondents

_____/s/_____
Date: September 23, 2005                MARC VAN DER HOUT
Van Der Hout, Brigagliano & Nightingale, LLP
Attorney for Petitioner

I declare under penalty of perjury that concurrence in the filing of this document has been obtained from Ila Deiss.

_____/s/_____
Dated: September 23, 2005                MARC VAN DER HOUT

[Signature: Samuel Conti, Judge Samuel Conti, United States District Court, Northern District of California, 9/27/05]

STIP BRIEFING SCHEDULE & [PROP] ORDER                No. 05- 03657 SC

1 | Pursuant to stipulation, IT IS SO ORDERED.

3 | Date: _____

Hon. Samuel Conti
United States District Judge

STIP BRIEFING SCHEDULE & [PROP] ORDER                    No. 05- 03657 SC