Marc Van Der Hout (California Bar #80788)
Zachary Nightingale (California Bar #184501)
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, California 94104
Telephone:  (415) 981-3000
Facsimile:  (415) 981-3003
Email: ndca@vblaw.com

Attorneys for Petitioner
Xiao Fei ZHENG
a.k.a. Eddy Zheng

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Xiao Fei ZHENG<br>a.k.a. Eddy Zheng<br><br>    Petitioner,<br><br>v.<br><br>Michael CHERTOFF, in his Official Capacity, Secretary, Department of Homeland Security, Alberto GONZALES, in his Official Capacity, Attorney General, Department of Justice, Nancy ALCANTAR, in her Official Capacity, Field Office Director, San Francisco, California, U.S. Bureau of Immigration and Customs Enforcement, and Mark CHANDLESS, Correctional Captain, Yuba County<br><br>    Respondents. | Case No. CV 05-03657 SC<br><br>**STIPULATED BRIEFING SCHEDULE, HEARING DATE, AND [PROPOSED] ORDER**<br><br>*IMMIGRATION CASE*<br><br>DHS No. A 38-049-471 |

1  Petitioner filed a petition for writ of habeas corpus and complaint for declaratory and
2  injunctive relief on September 12, 2005 challenging the legality of his detention by the Department
3  of Homeland Security ("DHS"), pursuant to 8 U.S.C. § 1226(c), pending the outcome of his
4  removal proceedings.  Petitioner currently remains in DHS custody.

5  The parties have agreed to expedite briefing in this matter.  The parties have agreed, subject
6  to court approval, upon a hearing date of November 18, 2005.

7  The parties have agreed to the following briefing schedule, subject to court approval:

8  Petitioner's Points and Authorities in Support of Petition due:      October 10, 2005
9  Respondent's Return to Habeas Petition due:                October 24, 2005
10 Petitioner's Response to Respondent's Return:              October 31, 2005
11 Hearing on Petition:                                       November 18, 2005

13 Dated:  September 23, 2005                         Respectfully submitted,

15 _____/s/_____
   ILA DEISS
   Assistant United States Attorney
16 Attorney for Respondents

18 Date:  September 23, 2005          _____/s/_____
                                      MARC VAN DER HOUT
                                      Van Der Hout, Brigagliano & Nightingale, LLP
19                                    Attorney for Petitioner

23 I declare under penalty of perjury that concurrence in the filing of this document has been obtained
   from Ila Deiss.

25 Dated: September 23, 2005          _____/s/_____
                                      MARC VAN DER HOUT

[Signature stamp: Judge Samuel Conti, United States District Court, Northern District of California, 9/27/05]

STIP BRIEFING SCHEDULE & [PROP] ORDER                                    No. 05- 03657 SC

1  Pursuant to stipulation, IT IS SO ORDERED.
2
3  Date: _____
                                                    _____
4                                                   Hon. Samuel Conti
                                                    United States District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28