IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMIH HUSSEIN ZABADI, | No. C 05-03335 WHA |
| Petitioner, | |
| v. | **ORDER DENYING MOTION TO RELATE CASES** |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security; ALBERTO GONZALES, U.S. Attorney General; NANCY ALCANTAR, San Francisco Field Office Director, U.S. Bureau of Immigration and Customs Enforcement; and TOBY WONG, Correctional Captain, Santa Clara County, | |
| Respondents. | |
| XIAO FEI ZHENG, aka Eddy Zheng, | No. 05-03657 SC |
| Petitioner, | |
| v. | |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security; ALBERTO GONZALES, U.S. Attorney General; NANCY ALCANTAR, San Francisco Field Office Director, U.S. Bureau of Immigration and Customs Enforcement; and MARK CHANDLESS, Correctional Captain, Yuba County, | |
| Respondents. | |

*United States District Court — For the Northern District of California*

United States District Court

For the Northern District of California

1   Xiao Zheng moves to relate *Zheng v. Chertoff*, No. C 05-3657 SC to *Zabadi v. Chertoff*,
2  No. C 05-03335 WHA.  The two cases share common respondents and a common legal issue:
3  the constitutionality of detention under 8 U.S.C. 1226(c).  These similarities are insufficient to
4  relate the cases.  They do not involve the same events.  Some legal research would be repeated
5  in separate adjudication but would not be unduly burdensome.  No conflicting results are likely
6  because each set of claims stands or falls without regard to the success of the other set.  *See* Civ.
7  Local R. 3-12(a)(1)–(2).  For these reasons, the motion is **DENIED**.

**IT IS SO ORDERED.**

Dated:  October 25, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE